United States District Court
Southern District of Texas
**ENTERED**
June 05, 2019
David J. Bradley, Clerk

David Lancaster, §
§
    Plaintiff, §
§
versus §    Civil Action H-18-1936
§
County of Harris, et al., §
§
    Defendants. §

## Final Dismissal

David Lancaster's claims against:

| | |
|---|---|
| Elizabeth Barron | Kim Ogg |
| Harris County | Judge John Schmude |
| James H. Cox, II | Katheryn Skagerberg |
| Chris Daniels | Kevin Taylor |
| Sherman Eagleton | Judge Judy Warne |
| Barbara Lancaster | Unknown Deputies, Employees, and Judge |

are dismissed with prejudice.

Signed on June 5, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge